# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE BLYTHE, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 16-4673 |
| DELAWARE COUNTY BOARD OF PRISON INSPECTORS, et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 4th day of April, 2018, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 25) and Plaintiff George Blythe's Memorandum of Law in Partial Opposition, it is hereby **ORDERED** that Defendants' Motion is **GRANTED**. The Clerk of Court is directed to mark this case **CLOSED**.

BY THE COURT:


/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE